UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GRAND ISLE SHIPYARDS, INC. | CIVIL ACTION |
| VERSUS | 13-2496 |
| BLACK ELK ENERGY, LLC ET AL | SECTION: "H"(4) |

### ORDER TRANSFERRING CASE

It has been brought to the Court's attention that the above captioned case is related to Civil Actions, 13-366 and 13-550, previously allotted to Section "G", Magistrate Division (5) of this Court. Therefore,

**IT IS ORDERED** that this matter is hereby TRANSFERRED to Section "G"(5), in accordance with Rule 3.1.1E.

New Orleans, Louisiana, this 13th day of May, 2013.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

MAY 14 2013

TRANSFERRED TO NWM

SECT. G  MAG. 5