# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDNA TAJONERA, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0366**<br>**c/w 13-0550** |
| **BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C., et al.** | **SECTION: "G"(5)** |

## ORDER

Based on the discussions had in a July 25, 2013 status conference,[1]

**IT IS HEREBY ORDERED** that Civil Actions 13-2496 and 13-5137, already pending before this Court, be consolidated with the above-captioned action for discovery purposes only;

**IT IS FURTHER ORDERED** that the Court will defer judgment on whether these matters will be consolidated for trial purposes until a later date;

**IT IS FURTHER ORDERED** that all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases;

**IT IS FURTHER ORDERED** that all entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet.

**IT IS FURTHER ORDERED** that in the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents

---

[1] Rec. Doc. 41.

necessary to the continued litigation of the case and to file such designation and copies of the documents.

**NEW ORLEANS, LOUISIANA**, this 12th day of August, 2013.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**