IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDNA TAJONERA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF AVELINO TAJONERA, DECEASED, AND AS NEXT FRIEND OF MAVERICK TAJONERA AND EDRIAN TAJONERA, MINOR CHILDREN, and JADE TAJONERA | CIVIL ACTION<br><br>NO.   13-cv-0366 c/w 13-0550,<br>        13-2496, 13-5137, 13-5508<br>        13-6022, 13-6099, 13-6413<br>        14-0374 and 14-1714 |
| VERSUS | SECTION "G" (5) |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC | |

***Pertains to 13-366; 13-550; 13-2496; 13-5137; 13-5508; and 14-374***

## JUDGMENT

This matter having come before the Court on motion of Enviro-Tech Systems, LLC for summary judgment (Record Doc. 396), and after considering the facts, the law, evidence and argument of counsel, the Motion for Summary Judgment in favor of Enviro-Tech Systems, LLC was granted on September 17, 2014 (Record Doc. 464); and

The Court being of the opinion that there is no just reason for delay in the entry of judgment;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Enviro-Tech Systems, LLC and against all plaintiffs in the following cases:

> *13-0366 (Tajonera, et al);*
> *13-0550 (Corporal, et al);*
> *13-2496 (Grand Isle Shipyards, Inc.);*
> *13-5137 (Canencia, et al);*
> *13-5508 (Tamayo, et al); and*
> *14-0374 (Dominguez)*

and that all claims and causes of action asserted by such plaintiffs against Enviro-Tech Systems, LLC only be dismissed with prejudice and that defendant, Enviro-Tech Systems, LLC, recover its costs[1] from such plaintiffs; and

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk enter judgment in favor of Enviro-Systems, LLC on its Motion for Summary Judgment and awarding costs on the basis set forth above.

    Signed at New Orleans, Louisiana, this __19th__ day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Federal Rule of Civil Procedure 54(d) provides: "Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees— should be allowed to the prevailing party."