UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDNA TAJONERA, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0366**<br>Ref: 13-2496 & 14-1714 |
| **BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C., et al.** | **SECTION: "G"(5)** |

### ORDER

Pursuant to Black Elk Energy Offshore Operations, LLC's "Notice of Automatic Stay"[1] and because these matters remain stayed during the bankruptcy court proceedings,

**IT IS HEREBY ORDERED** that Civil Action Number 13-2496 and Civil Action Number 14-1714 are **STAYED** and **ADMINISTRATIVELY CLOSED.**

**NEW ORLEANS, LOUISIANA**, this 27th day of June, 2016.

                                              **NANNETTE JOLIVETTE BROWN**
                                              **UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 676.